
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 18 2006 ★

BROOKLYN OFFICE

# MEMORANDUM
## TO THE HONORABLE JOHN GLEESON
### United States District Judge

Re: FOSTER, JANET
Docket No.: 02-CR-1077-08
**STATUS REPORT**

On February 14, 2003, the above-mentioned individual was sentenced by Your Honor to 15 months custody, three years supervised release, and a $600 special assessment fee. As special conditions, the offender was ordered to pay $14,819.18 in restitution, payable at a rate of 20% of the offenders's net monthly income, provide the Probation Department will full financial disclosure, and if deported the offender may not re-enter the United States illegally. The offender's restitution payments were ordered to begin one month after her release from prison. This sentence followed a guilty verdict by jury for Conspiracy To Commit Mail Fraud and Health Care Fraud, a class D felony, in violation of 18 U.S.C. 371; Health Care Fraud, a class C felony, in violation of 18 USC 1347; and Mail Fraud, a class D felony, in violation of 18 USC 1341.

On October 26, 2005, the undersigned officer submitted a violation report to Your Honor, as a result of the offender's failure to pay restitution in accordance with the payment schedule, and failure to submit a truthful written report to the Probation Department within the first five days of each month. During our initial court appearance on November 29, 2005, Your Honor directed the undersigned officer to re-access the offender's ability to pay restitution, and to come to an agreed upon payment schedule with the offender.

On December 14, 2005, the offender reported to the probation department and her finances were discussed. Since tax deductions are not withdrawn from her gross income, we agreed to allow her to set aside 30% of her gross monthly income for tax purposes. After this deduction, the offender will be required to pay 20% of the remaining income towards restitution. The offender agrees with this payment schedule. Although she does not have the ability to contribute to her arrears, she recently made a $500 restitution payment in accordance with the new payment schedule.

At this time, we believe the next scheduled court date for January 16, 2006 is unnecessary, as an agreement has been reached. Please indicate Your Honor's decision in the section below.

Respectfully submitted,

TONY GAROPPOLO
Chief U.S. Probation Officer

Pay restitution at a rate of 20%
of gross monthly income after
deducting 30% for tax purposes:   s/John Gleeson                    1-10-06
                                  _____    _____
                                  John Gleeson, U.S. District Judge     Date

Appear in Court on
January 16, 2006:
                                  _____    _____
                                  John Gleeson, U.S. District Judge     Date


Other: _____
       John Gleeson, U.S. District Judge         Date


Prepared by: _____
             Erin Weinrauch
             U.S. Probation Officer

Approved by: _____
             Joseph Franco
             Supervising U.S. Probation Officer

January 3, 2006


cc: AUSA Nicole Boeckmann
    Defense Counsel David Loftis